■ ELI MASON, on Behalf of Himself and All Other Owners of Class A Stock of Basic Properties, Inc., Similarly Situated, Appellant, v. BASIC PROPERTIES, INC., Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ JAMES FELICIANO v. 1400 BROADWAY CONSTRUCTION CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for November 7, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ HAZEL ROUGEAU v. BEN TUTINO.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ HERBERT MANDEL v. SYDNEY W. WAXMAN et al.— Motion[s] to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ TESS KUGLER et al. v. THOMAS CASTELLANA.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.